*IT IS SO ORDERED*
*Judge Edward J. Davila*
DATED: 12/4/2014

Jon R. Parsons (Cal. State Bar No. 88045)
JON R. PARSONS LAW FIRM
2225 E Bayshore Road, Suite 210
P.O. Box 50579
Palo Alto, California 94303
Telephone:    (650) 321-8579
email:  jon@jrplaw.com

Attorney for Plaintiff Dorothy A. Thompson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE BRANCH

| | |
|---|---|
| DOROTHY A. THOMPSON,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A., a National Association, LAURIE RITH, an individual, and DOES 1 through 10 inclusive,<br><br>Defendants, | CASE NO.  5:14-cv-01524-EJD<br><br>VOLUNTARY DISMISSAL WITH PREJUDICE OF COMPLAINT PURSUANT TO F.R.C.P. 41(a)(1)(A)(i) |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff DOROTHY A. THOMPSON hereby voluntarily dismisses with prejudice all of her claims against Defendants WELLS FARGO BANK, N.A., a National Association, LAURIE RITH, an individual, and DOES 1 through 10 inclusive, in the above matter.

The Clerk shall close this file.

Dated: December 3, 2014                              Jon R. Parsons Law Firm

*/s/ Jon R. Parsons*
by Jon R. Parsons
Attorney for Plaintiff
Dorothy Thompson

---

VOLUNTARY DISMISSAL WITH PREJUDICE OF COMPLAINT